IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMKUMAR RAYAPUREDDY<br><br>Defendant. | Criminal No. 22-285<br>**[UNDER SEAL]** |

### ARRAIGNMENT PLEA

Defendant RAMKUMAR RAYAPUREDDY

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)