2:22-cr-285

CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__      Erie _____      Johnstown _____

Related to No. _____21-cr-326_____    Judge _____W. Scott Hardy_____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _X_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:  Ramkumar Rayapureddy

Is indictment waived:       ____ Yes    _X_ No

Pretrial Diversion:         ____ Yes    _X_ No

Juvenile proceeding:        ____ Yes    _X_ No

Defendant is:               _X_ Male    ____ Female

Superseding indictment or information    ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:    Washington County, PA

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 4 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Ramkumar Rayapureddy | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | X | |
| 2-4 | 15 U.S.C. §§ 78j(b) and 78ff 17 C.F.R. §§ 240.10b-5 and 240.10b5-2 18 U.S.C. § 2 | Securities Fraud | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: November 9, 2022                    /s/Amanda F. Lingwood
                                          AMANDA FRETTO LINGWOOD
                                          Trial Attorney, Fraud Section
                                          U.S. Department of Justice, Criminal Division